HIRSCH BILENKISE *vs.* JOSEPH FERRUCCIO.

Third Judicial District.

Argued October 27th—decided November 1st, 1922.

ACTION to recover damages for injuries to the person and automobile of the plaintiff, alleged to have been caused by the negligence of the defendant, brought to and tried by the Court of Common Pleas in Fairfield County, *Booth, J.;* facts found and judgment rendered for the plaintiff for $1,330, and appeal by the defendant. *No error.*

Lovallo *v.* Hayes & Pierce Motor Co., Inc.

*John M. Comley,* for the appellant (defendant).

*Charles S. Brody,* with whom was *Harry A. Goldstein,* for the appellee (plaintiff).

PER CURIAM.    The defendant claims that the subordinate facts found by the trial court do not support its ultimate conclusion that the plaintiff at the time of the accident was in the exercise of due care.    In our opinion this conclusion was not only amply justified by the subordinate facts, but was the only conclusion which could have been reasonably drawn from them.

There is no error.